UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GREENLEAF COMPASSIONATE CARE CENTER, INC., *Plaintiff*, | : : : : |
| v. | : : |
| MATTHEW SANTACROCE, in his official capacity as Deputy Director of the Rhode Island Department of Business Regulation; ERICA FERRELLI, in her official capacity as Chief of the Office of Cannabis Regulation within the Rhode Island Department of Business Regulation; KIMBERLY AHERN, in her official capacity as Chair of the Rhode Island Cannabis Control Commission; ROBERT JACQUARD, in his official capacity as Commissioner on the Rhode Island Cannabis Control Commission; OLAYIWOLA ODUYINGBO, in his official capacity as Commissioner on the Rhode Island Cannabis Control Commission; and LOCAL 328 OF THE UNITED FOOD AND COMMERCIAL WORKERS UNION, *Defendants*. | : : : : : : : : : : : : : : : : : : : C.A. No. 23-cv-282 |

**ASSENTED TO MOTION FOR EXTENSION OF TIME FOR STATE DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

NOW COME, the Defendants, Matthew Santacroce, in his official capacity as Deputy Director of the Rhode Island Department of Business Regulation; Erica Ferrelli, in her official capacity as Chief of the Office of Cannabis Regulation within the Rhode Island Department of Business Regulation; Kimberly Ahern, in her official capacity as Chair of the Rhode Island Cannabis Control Commission; Robert Jacquard, in his official capacity as Commissioner on the Rhode Island Cannabis Control Commission; Olayiwola Oduyingbo, in his official capacity as Commissioner on the Rhode Island Cannabis Control Commission (hereinafter "State

1

Defendants"), and hereby move this Honorable Court to extend until September 7, 2023 the time in which State Defendants have to respond to Plaintiff's Complaint, ECF 1. Counsel for the Plaintiff and Defendant Local 328 have assented to this Motion.

        Respectfully Submitted,

        Matthew Santacroce, in his official capacity as Deputy Director of the Rhode Island Department of Business Regulation; Erica Ferrelli, in her official capacity as Chief of the Office of Cannabis Regulation within the Rhode Island Department of Business Regulation; Kimberly Ahern, in her official capacity as Chair of the Rhode Island Cannabis Control Commission; Robert Jacquard, in his official capacity as Commissioner on the Rhode Island Cannabis Control Commission; Olayiwola Oduyingbo, in his official capacity as Commissioner on the Rhode Island Cannabis Control Commission

        State Defendants,

        BY:

        **PETER F. NERONHA**
        **ATTORNEY GENERAL**

        */s/ Chrisanne Wyrzykowski*
        Chrisanne Wyrzykowski (Bar No. 7565)
        Assistant Attorney General
        Office of the Attorney General
        150 South Main St.
        Providence, RI 02903
        Tel: (401) 274-4400 Ext. 2235
        Fax: (401) 222-2995
        CWyrzykowski@riag.ri.gov

        */s/ Chelsea Baittinger*
        Chelsea Baittinger (Bar No. 9471)
        Special Assistant Attorney General
        Office of the Attorney General

>150 South Main St.
>Providence, RI 02903
>Tel: (401) 274-4400 Ext. 2058
>Fax: (401) 222-2995
>CBaittinger@riag.ri.gov

## **CERTIFICATE OF SERVICE**

    I, the undersigned, do hereby certify that on August 7, 2023, I filed and served the herein document through the electronic filing system on the attorneys of record. The herein document electronically filed and served is available for viewing and/or downloading from the ECF Filing System.

>*/s/ Chelsea Baittinger*