## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GREENLEAF COMPASSIONATE CARE CENTER, INC., | : | |
| *Plaintiff*, | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| MATTHEW SANTACROCE, in his official | : | |
| capacity as Deputy Director of the Rhode | : | |
| Island Department of Business Regulation; | : | |
| ERICA FERRELLI, in her official capacity as | : | |
| Chief of the Office of Cannabis Regulation | : | |
| within the Rhode Island Department of | : | C.A. No. 23-cv-282 |
| Business Regulation; KIMBERLY AHERN, | : | |
| in her official capacity as Chair of the Rhode | : | |
| Island Cannabis Control Commission; | : | |
| ROBERT JACQUARD, in his official capacity | : | |
| as Commissioner on the Rhode Island Cannabis | : | |
| Control Commission; OLAYIWOLA | : | |
| ODUYINGBO, in his official capacity as | : | |
| Commissioner on the Rhode Island Cannabis | : | |
| Control Commission; and LOCAL 328 OF THE | : | |
| UNITED FOOD AND COMMERCIAL | : | |
| WORKERS UNION, | : | |
| *Defendants*. | : | |

## STATE DEFENDANTS' MOTION TO DISMISS

State Defendants Matthew Santacroce, in his official capacity as Deputy Director of the

Rhode Island Department of Business Regulation, Erica Ferrelli, in her official capacity as Chief

of the Office of Cannabis Regulation, Kimberly Ahern, in her official capacity as the Chair of the

Rhode Island Cannabis Control Commission, Robert Jacquard, in his official capacity as

Commissioner on the Rhode Island Cannabis Control Commission, and Olayiwola Oduyingbo, in

his official capacity as Commissioner on the Rhode Island Cannabis Control Commission ("State

Defendants"), hereby move to dismiss the Complaint filed by Plaintiff Greenleaf Compassionate

Care Center, Inc. for lack of subject matter jurisdiction under Rule 12(b)(1) of the Federal Rules

of Civil Procedure.   In support, State Defendants rely on their contemporaneously submitted

Memorandum of Law.

Respectfully Submitted,
Matthew Santacroce, in his official capacity as Deputy Director of the Rhode Island Department of Business Regulation; Erica Ferrelli, in her official capacity as Chief of the Office of Cannabis Regulation within the Rhode Island Department of Business Regulation; Kimberly Ahern, in her official capacity as Chair of the Rhode Island Cannabis Control Commission; Robert Jacquard, in his official capacity as Commissioner on the Rhode Island Cannabis Control Commission; Olayiwola Oduyingbo, in his official capacity as Commissioner on the Rhode Island Cannabis Control Commission

State Defendants,
BY:

**PETER F. NERONHA**
**ATTORNEY GENERAL**

*/s/ Chrisanne Wyrzykowski*
Chrisanne Wyrzykowski (Bar No. 7565)
Assistant Attorney General
Office of the Attorney General
150 South Main St.
Providence, RI 02903
Tel: (401) 274-4400 Ext. 2235
Fax: (401) 222-2995
CWyrzykowski@riag.ri.gov

*/s/ Chelsea Baittinger*
Chelsea Baittinger (Bar No. 9471)
Special Assistant Attorney General
Office of the Attorney General
150 South Main St.
Providence, RI 02903
Tel: (401) 274-4400 Ext. 2058
Fax: (401) 222-2995
CBaittinger@riag.ri.gov

2

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, do hereby certify that on September 21, 2023, I filed and served the herein document through the electronic filing system on the attorneys of record. The herein document electronically filed and served is available for viewing and/or downloading from the ECF Filing System.

*/s/ Chelsea Baittinger*