# EXHIBIT A

FORM NLRB-502 (RC)
(4-15)

UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD
**R C  P E T I T I O N**

**DO NOT WRITE IN THIS SPACE**

| Case No. | Date Filed |
|---|---|
| 01-RC-272753 | 2/16/2021 |

*INSTRUCTIONS: Unless e-Filed using the Agency's website, www.nlrb.gov, submit an original of this Petition to an NLRB office in the Region in which the employer concerned is located. The petition must be accompanied by both a showing of interest (see 6b below) and a certificate of service showing service on the employer and all other parties named in the petition of: (1) the petition; (2) Statement of Position form (Form NLRB-505); and (3) Description of Representation Case Procedures (Form NLRB 4812). The showing of interest should only be filed with the NLRB and should not be served on the employer or any other party.*

1. **PURPOSE OF THIS PETITION**: **RC-CERTIFICATION OF REPRESENTATIVE** - A substantial number of employees wish to be represented for purposes of collective bargaining by Petitioner and Petitioner desires to be certified as representative of the employees. **The Petitioner alleges that the following circumstances exist and requests that the National Labor Relations Board proceed under its proper authority pursuant to Section 9 of the National Labor Relations Act.**

| 2a. Name of Employer | 2b. Address(es) of Establishment(s) involved *(Street and number, city, State, ZIP code)* |
|---|---|
| Greenleaf CCC, Inc. | 1637 W Main Rd, RI Portsmouth 02871 |

| 3a. Employer Representative – Name and Title | 3b. Address (If same as 2b – state same) |
|---|---|
| Petra Napolitano | 1637 W Main Rd, RI Portsmouth 02871 |

| 3c. Tel. No. | 3d. Cell No. | 3e. Fax No. | 3f. E-Mail Address |
|---|---|---|---|
| (401) 293-5987 | | (401) 293-5968 | pnapolitano@greenleafcare.org |

| 4a. Type of Establishment *(Factory, mine, wholesaler, etc.)* | 4b. Principal product or service | 5a. City and State where unit is located: |
|---|---|---|
| Others | Medical Cannabis | Portsmouth, RI |

| 5b. Description of Unit Involved | 6a. No. of Employees in Unit: 40 |
|---|---|
| **Included:** _____ **Excluded:** | 6b. Do a substantial number (30% or more) of the employees in the unit wish to be represented by the Petitioner? Yes [●] No [ ] |

**Check One:**
[●] 7a. Request for recognition as Bargaining Representative was made on (Date) 02/16/2021 and Employer declined recognition on or about _____ (Date) *(If no reply received, so state)*. No reply received

[○] 7b. Petitioner is currently recognized as Bargaining Representative and desires certification under the Act.

| 8a. Name of Recognized or Certified Bargaining Agent *(If none, so state)*. | 8b. Address |
|---|---|
| | |

| 8c. Tel No. | 8d Cell No. | 8e. Fax No. | 8f. E-Mail Address |
|---|---|---|---|
| | | | |

| 8g. Affiliation, if any | 8h. Date of Recognition or Certification | 8i. Expiration Date of Current or Most Recent Contract, if any *(Month, Day, Year)* |
|---|---|---|
| | | |

9. Is there now a strike or picketing at the Employer's establishment(s) involved? No ___ If so, approximately how many employees are participating? _____
*(Name of labor organization)* _____, has picketed the Employer since *(Month, Day, Year)* _____.

10. Organizations or individuals other than Petitioner and those named in items 8 and 9, which have claimed recognition as representatives and other organizations and individuals known to have a representative interest in any employees in the unit described in item 5b above. *(If none, so state)*

| 10a. Name | 10b. Address | 10c. Tel. No. | 10d. Cell No. |
|---|---|---|---|
| | | 10e. Fax No. | 10f. E-Mail Address |

| 11. **Election Details:** If the NLRB conducts an election in this matter, state your position with respect to any such election. | 11a. Election Type: ___ Manual [●] Mail ___ Mixed Manual/Mail |
|---|---|
| 11b. Election Date(s): 3/9/2021 | 11c. Election Time(s): Mail | 11d. Election Location(s): Mail |

| 12a. Full Name of Petitioner *(including local name and number)* | 12b. Address *(street and number, city, state, and ZIP code)* |
|---|---|
| Samuel T Marvin, United Food and Commercial Workers Union Local 328 | 278 Silver Spring St, RI Providence 02904 |

12c. Full name of national or international labor organization of which Petitioner is an affiliate or constituent *(if none, so state)*
United Food and Commercial Workers Union

| 12d. Tel No. | 12e. Cell No. | 12f. Fax No. | 12g. E-Mail Address |
|---|---|---|---|
| (401) 640-0206 | (401) 640-0206 | (401) 331-7965 | sam@ufcw328.org |

13. Representative of the Petitioner who will accept service of all papers for purposes of the representation proceeding.

| 13a. Name and Title | 13b. Address *(street and number, city, state, and ZIP code)* |
|---|---|
| Marc Gursky Attorney, Gursky|Wiens Attorneys at Law, Ltd. | 1130 Ten Rod Rd Bldg. C, Suite 207, RI North Kingstown 02852 |

| 13c. Tel. No. | 13d. Cell No. | 13e. Fax No. | 13f. E-Mail Address |
|---|---|---|---|
| (401) 294-4700 | (401) 580-3402 | (401) 294-4702 | mgursky@rilaborlaw.com |

I declare that I have read the above petition and that the statements are true to the best of my knowledge and belief.

| Name *(Print)* | Signature | Title | Date |
|---|---|---|---|
| Samuel T Marvin | /s/ | Director of Organizing | 2/16/2021 12:18:55 |

**WILLFUL FALSE STATEMENTS ON THIS PETITION CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**

**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing representation and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

Attachment

| | DO NOT WRITE IN THIS SPACE | |
|---|---|---|
| | Case | Date Filed |

Employees Included

All full-time and regular part-time employees at the Portsmouth location including budtenders, keyholders, online orderers and delivery associates

Employees Excluded

Security, guards, retail manager, assistant retail manager, head of delivery, the executive assistant to the CEO and supervisors, managers and all others excluded by the Act

Case 1:23-cv-00282-MSM-LDA   Document 30-2   Filed 09/21/23   Page 3 of 3 PageID #: 250