# EXHIBIT C

FORM NLRB-760
(7-10)

UNITED STATES OF AMERICA
**NATIONAL LABOR RELATIONS BOARD**

| | |
|---|---|
| Case No. 01-RC-272753 | Date Filed Feb 16, 2021 |
| Date Issued 04/05/2021 | |
| City Boston | State MA |

**Employer:** Greenleaf Compassionate Care Center, Inc.

**Petitioner:** United Food and Commercial Workers Union Local 328

**Type of Election:** (Check one:)
- [x] Stipulation
- [ ] Board Direction
- [ ] Consent Agreement
- [ ] RD Direction Incumbent Union (Code)

(If applicable check either or both:)
- [ ] 8(b) (7)
- [x] Mail Ballot

## TALLY OF BALLOTS

The undersigned agent of the Regional Director certifies that the results of tabulation of ballots case in the election held in the above case, and concluded on the date indicated above, were as follows:

1. Approximate number of eligible voters — 28
2. Number of Void ballots — 1
3. Number of Votes cast for United Food and Commercial Workers Union Local 328 — 21
4. Number of Votes cast for — XXXXXXXXXX
5. Number of Votes cast for — XXXXXXXXXX
6. Number of Votes cast against participating labor organization(s) — 1
7. Number of Valid votes counted (sum 3, 4, 5, and 6) — 22
8. Number of challenged ballots — 3
9. Number of Valid votes counted plus challenged ballots (sum of 7 and 8) — 25
10. Challenges are (not) sufficient in number to affect the results of the election.
11. A majority of the valid votes counted plus challenged ballots (Item 9 has (not)) been cast for United Food and Commercial Workers Union Local 328

For the Regional Director: *[signature]*

The undersigned acted as authorized observers in the counting and tabulating of ballots indicated above. We hereby certify that the counting and tabulating were fairly and accurately done, that the secrecy of the ballots was maintained, and that the results were as indicated above. We also acknowledge service of this tally.

**For** Greenleaf Compassionate Care Center, Inc.
x (attended by video conference) Robin Tyszkowski

**For** United Food and Commercial Workers Union Local 328
x (attended by video conference) Marc Gursky

**For**