# EXHIBIT E



## ATTESTATION

1.    United Food and Commercial Workers Union, Local 328, ["Local 328"] is a labor organization that represents cannabis workers.

2.    Local 328 hereby attests that it has entered into a Labor Peace Agreement with Greenleaf Compassionate Care Center, Inc. in conformity with Rhode Island General Laws § 21-28.11-12.2(a)(2).

*[signature]*
Tim Melia, President
UFCW Local 328

Sworn before me this 1st day of November 2022.

*[signature]* Cynthia A Estevao
Notary Public
My commission expires: 10/6/25

*[Notary seal: Cynthia A. Estevao, Notary Public, State of Rhode Island]*

**United Food & Commercial Workers Union, Local 328**
278 Silver Spring Street
Providence, Rhode Island 02904-2593
www.ufcw328.org

401-861-0300
1-800-624-7776 (Toll-Free)
401-331-7965 (Fax No.)