# EXHIBIT F



*Via*

*Regular Mail and E-mail*

**STATE OF RHODE ISLAND**
**DEPARTMENT OF BUSINESS REGULATION**
**OFFICE OF CANNABIS REGULATION**
**560 Jefferson Boulevard, Suite 204**
**Warwick, Rhode Island 02886**

November 21, 2022

Greenleaf Compassionate Care Center, Inc.
Attn: Ted Newcomer
1637 West Main Road
Portsmouth, RI 02871
tnewcomer@greenleafcare.org

Re:   **Approval of Application for Hybrid Cannabis Retailer License**
      **Greenleaf Compassionate Care Center, Inc., MMP CC: 002**

Dear Mr. Newcomer,

Pursuant to the Rhode Island Cannabis Act, 2022 P.L. Ch. 031 & 032 (the "Rhode Island Cannabis Act"), subject to compliance with Chapter 21-28.11 of the Rhode Island General Laws, licensed compassion centers are exclusively eligible to sell adult use cannabis as hybrid cannabis retailers beginning December 1, 2022.

The Department of Business Regulation Office of Cannabis Regulation (the "Department") has completed its review of Greenleaf Compassionate Care Center, Inc.'s ("Greenleaf") application for a Hybrid Cannabis Retailer License (the "Application") pursuant to the Rhode Island Cannabis Act. The Department has determined that Greenleaf's submission is complete and satisfies all requirements necessary for hybrid retail licensure.

Greenleaf's Application is approved effective December 1, 2022.

Please be advised that, pursuant to the Rhode Island Cannabis Act, a Hybrid Cannabis Retailer has a continuing obligation to remain in good standing with the Department and to maintain its compassion center license through ongoing compliance with the *Rules and Regulations Related to the Medical Marijuana Program Administered by the Office of Cannabis Regulation at the Department of Business Regulation* 230-RICR-80-05-1 *et seq.* Additionally, and pursuant to the Rhode Island Cannabis Act, the hybrid retail privileges permitted by this letter are authorized for the period beginning December 1, 2022 and ending December 1, 2023 or upon the issuance of superseding rules and regulations by the Cannabis Control Commission, whichever is earlier.

Sincerely,

Matthew Santacroce
Interim Deputy Director
Rhode Island Department of Business Regulation