UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GREENLEAF COMPASSIONATE CARE CENTER, INC., <br> *Plaintiff*, <br><br> v. <br><br> MATTHEW SANTACROCE, in his official capacity as Deputy Director of the Rhode Island Department of Business Regulation; ERICA FERRELLI, in her official capacity as Chief of the Office of Cannabis Regulation within the Rhode Island Department of Business Regulation; KIMBERLY AHERN, in her official capacity as Chair of the Rhode Island Cannabis Control Commission; ROBERT JACQUARD, in his official capacity as Commissioner on the Rhode Island Cannabis Control Commission; OLAYIWOLA ODUYINGBO, in his official capacity as Commissioner on the Rhode Island Cannabis Control Commission; and LOCAL 328 OF THE UNITED FOOD AND COMMERCIAL WORKERS UNION, <br> *Defendants*. | C.A. No. 23-cv-282 |

## WITHDRAWAL OF APPEARANCE

NOW COMES Assistant Attorney General Chrisanne Wyrzykowski, and hereby withdraws her appearance on behalf of Defendants Matthew Santacroce, in his official capacity as Deputy Director of the Rhode Island Department of Business Regulation; Erica Ferrelli, in her official capacity as Chief of the Office of Cannabis Regulation within the Rhode Island Department of Business Regulation; Kimberly Ahern, in her official capacity as Chair of the Rhode Island Cannabis Control Commission; Robert Jacquard, in his official capacity as Commissioner on the Rhode Island Cannabis Control Commission; and Olayiwola Oduyingbo, in his official capacity as Commissioner on the Rhode Island Cannabis Control Commission (hereinafter "State

Defendants"). Counsel for the State Defendants, Chelsea Baittinger, will remain in the case and represent the Defendants.

Respectfully Submitted,

**STATE DEFENDANTS,**

By Their Attorneys:

**PETER F. NERONHA
ATTORNEY GENERAL**


*/s/ Chrisanne Wyrzykowski*
Chrisanne Wyrzykowski (#7565)
Assistant Attorney General
**OFFICE OF THE ATTORNEY GENERAL**
150 South Main St.
Providence, RI 02903
Tel: (401) 274-4400 Ext. 2235
Fax: (401) 222-2995
CWyrzykowski@riag.ri.gov


**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on October 18th, 2023, I filed and served the herein document through the electronic filing system on the attorneys of record. The herein document electronically filed and served is available for viewing and/or downloading from the ECF Filing System.

*/s/ Chrisanne Wyrzykowski*