UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GREENLEAF COMPASSIONATE CARE CENTER, INC.,

        Plaintiff,

v.

MATTHEW SANTACROCE, in his official capacity as Deputy Director of the Rhode Island Department of Business Regulation; ERICA FERRELLI, in her official capacity as Chief of the Office of Cannabis Regulation within the Rhode Island Department of Business Regulation; KIMBERLY AHERN, in her official capacity as Chair of the Rhode Island Cannabis Control Commission; ROBERT JACQUARD, in his official capacity as Commissioner on the Rhode Island Cannabis Control Commission; OLAYIWOLA ODUYINGBO, in his official capacity as Commissioner on the Rhode Island Cannabis Control Commission; and LOCAL 328 OF THE UNITED FOOD AND COMMERCIAL WORKERS UNION,

        Defendants.

C.A. No.: 1:23-cv-00282-MSM-LDA

## **WITHDRAWAL OF APPEARANCE**

Please take notice that Nathalie M. Vega Crespo of Locke Lord LLP now withdraws her appearance as counsel on behalf of Plaintiff Greenleaf Compassionate Care Center, Inc.

        */s/ Nathalie M. Vega Crespo*
        Nathalie M. Vega Crespo (#10265)
        LOCKE LORD LLP
        2800 Financial Plaza
        Providence, RI  02903
        401-276-6421
        Email: nathalie.vega@lockelord.com

Dated:  November 6, 2023

135255663v.1

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on the 6th day of November, 2023, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

                                        */s/ Nathalie M. Vega Crespo*

135255663v.1