# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Greenleaf Compassionate Care Center, Inc.
Plaintiff,

v.  Case No.: 1:23−cv−00282−MSM−LDA

Matthew Santacroce, et al.
Defendant.

## ORDER OF COURT

The plaintiff is hereby ordered to file a status report by July 8, 2024 advising the court of the current status of the above−referenced case.

It is so ordered.

March 5, 2024

By the Court:

/s/ Mary S. McElroy
United States District Judge