UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GREENLEAF COMPASSIONATE CARE CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW SANTACROCE, in his official capacity as Deputy Director of the Rhode Island Department of Business Regulation; ERICA FERRELLI, in her official capacity as Chief of the Office of Cannabis Regulation within the Rhode Island Department of Business Regulation; KIMBERLY AHERN, in her official capacity as Chair of the Rhode Island Cannabis Control Commission; ROBERT JACQUARD, in his official capacity as Commissioner on the Rhode Island Cannabis Control Commission; OLAYIWOLA ODUYINGBO, in his official capacity as Commissioner on the Rhode Island Cannabis Control Commission; and LOCAL 328 OF THE UNITED FOOD AND COMMERCIAL WORKERS UNION, <br><br> Defendants. | C.A. No. 1:23-cv-00282 MSM-LDA |

**PLAINTIFF GREENLEAF COMPASSIONATE CARE CENTER, INC.'S
<u>NOTICE OF APPEAL</u>**

Please take notice that, pursuant to 28 U.S.C. § 1291, Plaintiff Greenleaf Compassionate Care Center, Inc. hereby appeals to the United States Court of Appeals for the First Circuit from this Court's Text Order Staying Case on March 5, 2024, which is appealable pursuant to, *inter alia*, *Conserv. Law Found., Inc. v. Exxon Mobil Corp.*, 3 F.4th 61 (1st Cir. 2021).

Dated: March 14, 2024

Respectfully submitted,

GREENLEAF COMPASSIONATE CARE CENTER, INC.

By its attorneys,

/s/ *Erika L. Todd*
Gerry Silver
(admitted *pro hac vice*)
SULLIVAN & WORCESTER LLP
1633 Broadway
New York, NY 10019
(T) (212) 660-3096
(F) (212) 660-3001
gsilver@sullivanlaw.com

Erika L. Todd
(admitted *pro hac vice*)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(T) (617) 338-2825
(F) (617) 338-2880
etodd@sullivanlaw.com


/s/ *Craig M. Scott*
Adam M. Ramos (#7591)
*armos@hinckleyallen.com*
Craig M. Scott (#4237)
*cscott@hinckleyallen.com*
Mackenzie C. McBurney (#10098)
mmcburney@hinckleyallen.com
HINCKLEY ALLEN
100 Westminster Street, Suite 1500
Providence, RI 02903
(T) (401) 274-2000
(F) (401) 277-9600

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the within document via mail, e-mail and/or the electronic filing system on this 14th day of March, 2024 on:

Marc Gursky, Esq.  
GURSKY, WIENS & SHANLEY  
Attorneys at Law, Ltd.  
20 Centerville Road  
Warwick RI 02886  
*mgursky@rilaborlaw.com*

Chelsea Baittinger, Esq.  
Special Assistant Attorney General  
*CBaittinger@riag.ri.gov*  
Office of the Attorney General  
150 South Main St.  
Providence, RI 02903

The document is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

/s/ *Erika L. Todd*  
Erika L. Todd