UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GREENLEAF COMPASSIONATE CARE CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW SANTACROCE, in his official capacity as Deputy Director of the Rhode Island Department of Business Regulation; ERICA FERRELLI, in her official capacity as Chief of the Office of Cannabis Regulation within the Rhode Island Department of Business Regulation; KIMBERLY AHERN, in her official capacity as Chair of the Rhode Island Cannabis Control Commission; ROBERT JACQUARD, in his official capacity as Commissioner on the Rhode Island Cannabis Control Commission; OLAYIWOLA ODUYINGBO, in his official capacity as Commissioner on the Rhode Island Cannabis Control Commission; and LOCAL 328 OF THE UNITED FOOD AND COMMERCIAL WORKERS UNION, <br><br> Defendants. | C.A. No. 1:23-cv-00282 MSM-LDA |

## **NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Greenleaf Compassionate Care Center, Inc. ("Greenleaf") hereby notices its voluntary dismissal of its Complaint. The defendants have not served any answers or motions for summary judgment. The dismissal shall be with prejudice and the parties shall bear their respective attorneys' fees and costs.

Dated: September 26, 2024

Respectfully submitted,

GREENLEAF COMPASSIONATE
CARE CENTER, INC.

By its attorneys,

/s/ *Gerry Silver*
Gerry Silver
(admitted *pro hac vice*)
SULLIVAN & WORCESTER LLP
1633 Broadway
New York, NY 10019
(T) (212) 660-3096
(F) (212) 660-3001
gsilver@sullivanlaw.com

Erika L. Todd
(admitted *pro hac vice*)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(T) (617) 338-2825
(F) (617) 338-2880
etodd@sullivanlaw.com


/s/ *Adam M. Ramos*
Adam M. Ramos (#7591)
*armos@hinckleyallen.com*
Craig M. Scott (#4237)
*cscott@hinckleyallen.com*
Mackenzie C. McBurney (#10098)
mmcburney@hinckleyallen.com
HINCKLEY ALLEN
100 Westminster Street, Suite 1500
Providence, RI 02903
(T) (401) 274-2000
(F) (401) 277-9600

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the within document via mail, e-mail and/or the electronic filing system on this 26th day of September, 2024 on:

| | |
|---|---|
| Marc Gursky, Esq. | Chelsea Baittinger, Esq. |
| GURSKY, WIENS & SHANLEY, | Special Assistant Attorney General |
| Attorneys at Law, Ltd. | *CBaittinger@riag.ri.gov* |
| 20 Centerville Road | Office of the Attorney General |
| Warwick RI 02886 | 150 South Main St. |
| *mgursky@rilaborlaw.com* | Providence, RI 02903 |

The document is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

/s/ *Erika L. Todd*
Erika L. Todd