# United States Court of Appeals
### For the First Circuit

No. 24-1259

GREENLEAF COMPASSIONATE CARE CENTER, INC.,

Plaintiff - Appellant,

v.

MATTHEW SANTACROCE, in his official capacity as Deputy Director of the Rhode Island Department of Business Regulation; ERICA FERRELLI, in her official capacity as Chief of the Office of Cannabis Regulation within the Rhode Island Department of Business Regulation; KIMBERLY AHERN, in her official capacity as Chair of the Rhode Island Cannabis Control Commission; ROBERT JACQUARD, in his official capacity as Commissioner on the Rhode Island Cannabis Control Commission; OLAYIWOLA ODUYINGBO, in his official capacity as Commissioner on the Rhode Island Cannabis Control Commission; LOCAL 328 OF THE UNITED FOOD AND COMMERCIAL WORKERS UNION,

Defendants - Appellees.

**JUDGMENT**

Entered: October 11, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Craig M. Scott
Adam M. Ramos
Erika Todd
Chelsea Baittinger
Marc B. Gursky