# United States Court of Appeals
### For the First Circuit

No. 24-1259

GREENLEAF COMPASSIONATE CARE CENTER, INC.,

Plaintiff - Appellant,

v.

MATTHEW SANTACROCE, in his official capacity as Deputy Director of the Rhode Island Department of Business Regulation; ERICA FERRELLI, in her official capacity as Chief of the Office of Cannabis Regulation within the Rhode Island Department of Business Regulation; KIMBERLY AHERN, in her official capacity as Chair of the Rhode Island Cannabis Control Commission; ROBERT JACQUARD, in his official capacity as Commissioner on the Rhode Island Cannabis Control Commission; OLAYIWOLA ODUYINGBO, in his official capacity as Commissioner on the Rhode Island Cannabis Control Commission; LOCAL 328 OF THE UNITED FOOD AND COMMERCIAL WORKERS UNION,

Defendants - Appellees.

**MANDATE**

Entered: October 11, 2024

In accordance with the judgment of October 11, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Chelsea Baittinger
Marc B. Gursky
Adam M. Ramos
Craig M. Scott
Erika Todd